UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY DANIEL SCHUH, #456902,

    Plaintiff,                                Case No. 1:09-cv-982

v.                                              Hon. Ray Kent

BRUCE WEINBERG, et al,

    Defendants.

_____/

## JUDGMENT

This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict on September 15, 2016.  Judgment is found in favor of defendants as to all claims.

Dated:  September 20, 2016            /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge