UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY DANIEL SCHUH,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.
_____/

Case No. 1:09-cv-982

Hon. Ray Kent

## FINAL JUDGMENT

Judgment is found in favor of all defendants as to all claims.

Dated: September 23, 2019          /s/ Ray Kent
                                                         United States Magistrate Judge